UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANGELA NGUYEN

      Plaintiff

v.                                    C.A. No.

NATIONAL LENDING
CORPORATION, and
HAO NGUYEN

## ENTRY OF APPEARANCE

Now comes John F. Carey, Esq., who hereby enters his appearance in this litigation on behalf of the plaintiff, Angela Nguyen, pursuant to Local Rule 83.5.3. Attached hereto is also a motion for pro hac vice admission of Michael P. Robinson, Esq., and an affidavit of Michael P. Robinson, Esq.

John F. Carey, Esq. # 64249
77 Franklin Street 3rd Floor
Boston, MA 02110
(617) 357-8812

TO:   Tamsin R. Kaplan
       Heather M. Nelson
       TAMSIN R. KAPLAN & ASSOC.
       90 Concord Avenue
       Belomont, MA 02478

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within motion to the above-named attorneys of record by _regular_ mail on this _28_ day of _March_, 2005.