UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANGELA NGUYEN

    Plaintiff

v.       C.A. No. 05-10531-JLT

NATIONAL LENDING
CORPORATION, and
HAO NGUYEN

## MOTION FOR PRO HAC VICE ADMISSION

Now comes Michael P. Robinson, who hereby moves for pro hac vice admission to this Honorable Court on behalf of the plaintiff, for purposes of this litigation. The instant motion has been signed by attorney John F. Carey, Esq., a member of the bar of this Court in good standing, who has also entered his appearance pursuant to Local Rule 83.5.3. Attached hereto, in support of this motion, is an affidavit of Michael P. Robinson.

Respectfully Submitted,

John F. Carey, Esq.

John F. Carey, Esq. # 649419
77 Franklin Street, 3rd Floor
Boston, MA 02110
(617) 357-8812

TO: Tamsin R. Kaplan
Heather M. Nelson
TAMSIN R. KAPLAN & ASSOC.
90 Concord Avenue
Belomont, MA 02478

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within motion to the above-named attorneys of record by regular mail on this 28 day of March, 2005.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ANGELA NGUYEN

v.                                                        C.A. No.

NATIONAL LENDING
CORPORATION, and
HAO NGUYEN

## AFFIDAVIT OF MICHAEL P. ROBINSON

Now comes Michael P. Robinson, Esq., who hereby avers and states under oath as follows:

1. That I am an attorney, licensed to practice law in all Courts in the State of Rhode Island and in the Commonwealth of Massachusetts, as well as in the Federal District Court for the District of Rhode Island;

2. That I am a member in good standing of each of the bars of the above-named courts;

3. That there are no disciplinary proceedings pending against me in any Courts or jurisdictions;

4. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. That this affidavit is executed pursuant to the provisions of Local Rule 83.5.3, and in support of a motion to become admitted to this Court pro hac vice in order to represent the plaintiff in this litigation.

Michael P. Robinson #649575

Subscribed and sworn to before me this 22 day of March, 2005.

Notary Public
My comission expires 12/06

### CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within motion to Tamsin R. Kaplan and Heather M. Nelson, 90 Concord Avenue, Belmont, MA 02478 by regular mail on this 28 day of March, 2005.