UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN,<br><br>      Plaintiff,<br>v.<br><br>NATIONAL LENDING CORPORATION,<br><br>    Defendant and<br>    Plaintiff-in-Counterclaim<br><br>and HAO NGUYEN<br><br>    Defendant. | Civil Action No. 05-10531-JLT |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANTS AND PLAINTIFF-IN-COUNTERCLAIM

Undersigned counsel hereby withdraws her appearance as counsel for Defendant and Plaintiff-in-Counterclaim National Lending Corporation and Defendant Hao Nguyen in the above captioned matter. Tamsin R. Kaplan, Esq. remains as counsel for Defendants and Plaintiff-in-Counterclaim.

Respectfully submitted,

 /s/ Heather M. Nelson
Heather M. Nelson, BBO #645086
TAMSIN R. KAPLAN & ASSOCIATES, P.C.
90 Concord Avenue
Belmont, MA  02478
(617) 484-3210
hnelson@kaplanlawpc.com

Dated: April 28, 2005

## CERTIFICATE OF SERVICE

I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 28th day of April, 2005 by electronic filing and first class mail, postage prepaid, upon Michael P. Robinson, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903-7115 and John F. Carey, Esq., 77 Franklin Street, 3rd Floor, Boston, MA 02110.

/s/ Tamsin R. Kaplan
Tamsin R. Kaplan