UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANGELA NGUYEN
    Plaintiff

VS.                                          C.A. No. 05-10531-JLT

NATIONAL LENDING CORPORATION, and
HAO NGUYEN
    Defendant

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Now comes the plaintiff, and hereby certifies, pursuant to Local Rule 16.1(d)(3), as follows:

1. That the parties have conferred, with counsel, with a view to establishing a budget for the costs of conducting the full course, and various alternative courses of litigation;

2. That the parties have conferred, with counsel, about the possibility of resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully Submitted,

Plaintiff,

Angela Nguyen

By her attorneys,

Michael P. Robinson BBO#649575
THE LAW OFFICES OF
STEPHEN M. ROBINSON
155 South Main Street
Providence, RI 02903

TO:   Tamsin R. Kaplan
        TAMSIN R. KAPLAN & ASSOCIATES
        90 Concord Avenue
        Belmont, MA 02478

## CERTIFICATION

I hereby certify that on this __14__ day of __June__, 2005, I mailed a true and accurate copy of the within Certification to the above-named attorney of record.

_Michelle Gregoire_