UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN<br>**Plaintiff** | :<br>:<br>: |
| VS. | :   C.A. No. 05-10531-JLT |
| NATIONAL LENDING CORPORATION, and<br>HAO NGUYEN<br>**Defendant** | :<br>:<br>:<br>: |

### PLAINTIFF'S PROPOSED DEPONENTS

Now comes the plaintiff, and hereby submits the following list of proposed deponents pursuant to the Discovery Order issued by the Court. The plaintiff wishes to depose the following individuals:

1. Dara Kong
   62 Branch Street
   Lowell, MA 01851

2. Hao Nguyen

3. Billy So
   42 Branch Street
   Lowell, MA

4. Thuy Loc Vu

Respectfully Submitted,

Plaintiff,

By her attorneys,

_____
Michael P. Robinson BBO#649575
THE LAW OFFICES OF
STEPHEN M. ROBINSON
155 South Main Street
Providence, RI 02903

TO: Tamsin R. Kaplan
TAMSIN R. KAPLAN & ASSOCIATES
90 Concord Avenue
Belmont, MA 02478

## CERTIFICATION

I hereby certify that on this \_\_14\_\_ day of \_\_June\_\_\_\_\_, 2005, I mailed a true and accurate copy of the within List of Proposed Deponents to the above-named attorney of record.

*michelle Gregoire*