UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN, | ) |
|     Plaintiff and Defendant-in-Counterclaim, | ) |
| v. | ) |
| NATIONAL LENDING CORPORATION, | ) Civil Action No. 05-10531-JLT |
|     Defendant and Plaintiff-in-Counterclaim, | ) |
| and HAO NGUYEN, | ) |
|     Defendant. | ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendant and Plaintiff-in-Counterclaim National Lending Corporation and Defendant Hao Nguyen, and their attorney, Tamsin R. Kaplan, Esq., certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternatives courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative resolution programs.

        Respectfully submitted,

        NATIONAL LENDING CORPORATION
        and HAO NGUYEN

        By their attorneys,

        /s/ Tamsin R. Kaplan
        Tamsin R. Kaplan (BB0 #561558)
        TAMSIN R. KAPLAN & ASSOCIATES, P.C.
        90 Concord Avenue
        Belmont, MA  02478
        (617) 484-3210

Dated:  June 28, 2005

2

/s/ Hao Nguyen
National Lending Corporation
By Hao Nguyen, Chief Executive Officer


/s/ Hao Nguyen
Hao Nguyen


Dated: June 28, 2005

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that I have served a copy of the foregoing document on this 28th day of June, 2005 by facsimile and first-class mail, postage prepaid, upon the attorney of record for the Plaintiff and Defendant-in-Counterclaim, Michael P. Robinson, The Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903-7115.

                                                   /s/ Tamsin R. Kaplan
                                                   Tamsin R. Kaplan