UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANGELA NGUYEN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10531-JLT |
| v. | * | |
| | * | |
| NATIONAL LENDING CORPORATION | * | |
| and HAO NGUYEN, | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER

June 29, 2005

TAURO, J.

After the Scheduling Conference held on June 29, 2005, this court hereby orders that:

1. Plaintiff may depose: (1) Dara Kong, (2) Hao Nguyen, (3) Billy So, (4) Thuy Loc Vu, and (5) Bona Kong;

2. Defendants may depose: (1) Angela Nguyen, (2) Tuan Dang, (3) Dara Kong, (4) Billy So, (5) Thuy Loc Vu, (6) Polin Chhoun, (7) Ral Phoung, (8) Kim Thy Sin, (9) Hung Le, and (10) Joe Thompson;

3. All discovery shall be completed by December 30, 2005;

4. Dispositive motions shall be filed by January 31, 2006;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for February 28, 2006 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge

Case 1:05-cv-10531-JLT    Document 14    Filed 06/29/2005    Page 2 of 2