UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN<br>　　　Plaintiff, | :<br>:<br>: |
| Vs. | :　　C.A. NO: 05-10531 JLT |
| | : |
| NATIONAL LENDING<br>CORPORATION, and<br>HAO NGUYEN | :<br>:<br>: |

## ASSENTED TO MOTION FOR PRO HAC VICE ADMISSION

Now comes Mary Ann F. Carroll, who hereby moves for Pro Hac Vice Admission to this Honorable Court on behalf of the Plaintiff, for purposes of this litigation. The instant motion has been signed by Attorney Michael P. Robinson, Esq. a member of the bar of this Court in good standing, who has also entered his appearance pursuant to Local Rule 83.5.3. It is Ms. Carroll's intention to assist with the handling of this matter if this motion is granted. Attached hereto, in support of this Motion, is an Affidavit of Mary Ann F. Carroll,

Respectfully Submitted,

Michael P. Robinson, Esq.

_____
Michael P. Robinson, Esq.
THE LAW OFFICES OF
STEPHEN M. ROBINSON
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(Fax) 331-7888

_____
Mary Ann Carroll, Esq.
THE LAW OFFICES OF
STEPHEN M. ROBINSON
155 South Main Street, Suite 402
Providence, RI 02903
(401) 331-6565
(Fax) 331-7888

ASSENTED TO:

_____  8/23/05
Tamsin R. Kaplan
TAMSIN R. KAPLAN & ASSOC.
90 Concord Avenue
Belmont, MA 02478

### CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within Motion to the above-named attorney of record on the 24 day of August, 2005, by regular mail.

_____

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
MASSACHUSETTS

| | | |
|---|---|---|
| ANGELA NGUYEN | : | |
|     Plaintiff, | : | |
| | : | |
| Vs. | : | C.A. NO: 05-10531 JLT |
| | : | |
| NATIONAL LENDING | : | |
| CORPORATION, and | : | |
| HAO NGUYEN | : | |

### AFFIDAVIT OF MARY ANN F. CARROLL

Now comes Mary Ann F. Carroll, Esq. who hereby avers and states under oath as follows:

1. That I am an attorney, licensed to practice law in all courts in the State of Rhode Island as well as in the Federal District Court for the District of Rhode Island;

2. That I am a member in good standing of each of the bars of the above-named courts;

3. That there are no disciplinary proceedings pending against me in any Courts or jurisdictions;

4. That I am familiar with the Local Rules of the United States District Court for the District of Massachusetts;

5. That this affidavit is executed pursuant to the provisions of Local Rule 83.5.3, and in support of a motion to become admitted to this Court pro hac vice in order to represent the plaintiff in this litigation.

                                              _____
                                              Mary Ann F. Carroll, Esq.

Subscribed and sworn to before me this 22ⁿᵈ day of August, 2005.

_____
Notary Public
My commission expires: 2/1/06

## CERTIFICATION

I hereby certify that I mailed a true and accurate copy of the within affidavit to Tamsin R. Kaplan, 90 Concord Avenue, Belmont, MA 02478 by regular mail on the 24 day of August, 2005.

_____