UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN<br>　　Plaintiff | : |
| | : |
| VS. | :　C.A. No. 05-10531-JLT |
| | : |
| NATIONAL LENDING CORPORATION, and<br>HAO NGUYEN<br>　　Defendant | :<br>:<br>: |

### NOTICE OF DEPOSITION

TO:　Tamsin R. Kaplan　　　　　　Fran Brelsford
　　　80 Concord Avenue　　　　　　80 Circuit Street
　　　Belmont, MA　　　　　　　　　East Providence, RI 02915

　　　Please be advised that the plaintiff will take the deposition on oral examination of HAO NGUYEN at THE LAW OFFICES OF STEPHEN M. ROBINSON, 155 South Main Street, Suite 402, Providence, RI 02903 on December 6, 2005 at 10:00 A.M. You are hereby invited to attend and take such part therein as you deem proper.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael P. Robinson BBO#649575
　　　　　　　　　　　　　　　　　　　THE LAW OFFICES OF
　　　　　　　　　　　　　　　　　　　STEPHEN M. ROBINSON
　　　　　　　　　　　　　　　　　　　155 South Main Street
　　　　　　　　　　　　　　　　　　　Providence, RI 02903

### CERTIFICATION

　　　I hereby certify that on this __4th__ day of __October__, 2005, I mailed a true and accurate copy of the within Deposition Notice to the above-named attorney of record and court-reporter.

　　　　　　　　　　　　　　　　　　　_____