
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELA NGUYEN, )<br>)<br>Plaintiff and )<br>Defendant-in-Counterclaim, )<br>)<br>v. )<br>)<br>NATIONAL LENDING )<br>CORPORATION, )<br>)<br>Defendant and )<br>Plaintiff-in-Counterclaim, )<br>)<br>and HAO NGUYEN, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10531-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby STIPULATED AND AGREED, by and between all parties that all claims in the above-entitled action be and hereby are dismissed with prejudice, with each party to bear his and its own costs, expenses, disbursements and attorneys' fees.

Respectfully submitted,

| ANGELA NGUYEN | NATIONAL LENDING CORPORATION |
| By her attorneys, | and HAO NGUYEN |
| | By their attorneys, |
| /s/ Michael P. Robinson (trk) | /s/ Tamsin R. Kaplan |
| Michael P. Robinson, Esq. (BBO# 649575) | Tamsin R. Kaplan (BB0 #561558) |
| Law Offices of Stephen M. Robinson | Tamsin R. Kaplan & Associates, P.C. |
| 155 South Main Street, Suite 402 | 90 Concord Avenue |
| Providence, RI 02903-7115 | Belmont, MA 02478 |
| (401) 331-6565 | (617) 484-3210 |
| Dated: December 8, 2005 | Dated: December 8, 2005 |

CERTIFICATE OF SERVICE

      I, Tamsin R. Kaplan, hereby certify that a true and accurate copy of the above document was served this 8th day of December, 2005, by electronic filing and first class mail, postage pre-paid, to attorney for the Plaintiff and Defendant-in-Counterclaim, Michael P. Robinson, Esq., Law Offices of Stephen M. Robinson, 155 South Main Street, Suite 402, Providence, RI 02903-7115.

      /s/ Tamsin R. Kaplan
      Tamsin R. Kaplan